**Order entered June 28, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00757-CR

**MIGUEL GUERRERO REYES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F16-53482-V**

## ORDER

Based on the Court's opinion of this date, we **GRANT** the March 23, 2018 motion of Tara Cunningham for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove Tara Cunningham as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Miguel Guerrero Reyes, TDCJ No. 02145501, Middleton Unit, 13055 FM 3522, Abilene, Texas, 79601.

/s/    DOUGLAS S. LANG
       JUSTICE